**Opinion issued January 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00270-CV

———————————

**CHANDRA CORPORATION D/B/A DIAMOND MARQUISE, Appellant**

**V.**

**ATASHI JEWELS, INC. D/B/A 7 ELEMENTS, ATIT PATEL AND NEETA PATEL, Appellees**

---

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 18-DCV-250844**

---

### MEMORANDUM OPINION

Appellant Chandra Corporation d/b/a Diamond Marquise has filed an amended and unopposed motion to dismiss the appeal because the parties have reached a settlement.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.